**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **WILLIAM VICTOR,**<br>**Plaintiff**<br><br>**v.**<br><br>**HARRY, *et al.*,**<br>**Defendants** | :<br>:<br>:<br>:<br>:<br>:<br>: | **No. 3:26-CV-1096**<br><br>**(Judge Munley)** |

**ORDER**

**AND NOW**, in accordance with the accompanying Memorandum, **IT IS ORDERED** that:

1. Within **21 days** of the date of this order, Victor shall notify the court in writing with his decision as to whether he wants to (1) go forward with his First Amendment retaliation and Eighth Amendment medical indifference claims—involving his transfer to SCI Camp Hill and related alleged medical mistreatment—and voluntarily dismiss (with or without prejudice) his other improperly joined claims from this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i); (2) request severance of this action into SIX separate lawsuits pursuant to Federal Rule of Civil Procedure 21; or (3) some combination of the foregoing two options.

2. If Victor fails to timely respond to this order, the court will be constrained to sever this case into SIX separate cases pursuant to Federal Rule of Civil Procedure 21, and—following payment of the full filing fee for each case—will screen each case as required by 28 U.S.C. § 1915A(a).

**Date:** 10/22/26

**BY THE COURT:**

**JUDGE JULIA K. MUNLEY**
**United States District Court**